1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DARRYL M. WHITE,                              No.  1:19-cv-01582-SKO

12                    Plaintiff,

13            v.                                    ORDER DIRECTING THE CLERK TO
                                                    TERMINATE DEFENDANT UNITED
14    UNITED STATES POSTAL SERVICE                  STATES POSTAL SERVICE
      and UNITED STATES OF AMERICA,
15                                                  (Doc. 17)
                    Defendants.
16

17

18            On February 7, 2020, Plaintiff filed a "Notice of Dismissal Without Prejudice of Defendant

19    United States Postal Service," dismissing Defendant United States Postal Service without prejudice

20    pursuant to Rule 41 of the Federal Rules of Civil Procedure.[1]  (Doc. 17.)

21            In relevant part, Rule 41(a)(1)(A) provides as follows:

22            [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of
              dismissal before the opposing party serves either an answer or a motion for
23            summary judgment; or (ii) a stipulation of dismissal signed by all parties who have
              appeared.
24

25    Fed. R. Civ. P. 41(a)(1)(A).  "The plaintiff may dismiss some or all of the defendants, or some or

26    all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the

27    ───────────────────

28    [1] The filing is titled "Notice of Dismissal" but states that the parties stipulate to the dismissal of Defendant United
      States Postal Service, and the filing is signed by all parties who have appeared.  (*See* Doc. 17.)

1    action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111

2    F.3d 688, 692 (9th Cir. 1997).

3          Because the parties filed a stipulation of dismissal without prejudice under Rule

4    41(a)(1)(A)(ii), this case has automatically terminated as to Defendant United States Postal Service.

5    *See* Fed. R. Civ. P. 41(a)(1)(A).  Accordingly, the Clerk of the Court is directed to TERMINATE

6    Defendant United States Postal Service.

7          This case shall remain OPEN pending resolution of Plaintiff's case against the remaining

8    defendant.

9

10   IT IS SO ORDERED.

11   Dated:   **February 7, 2020**                    /s/ *Sheila K. Oberto*

12                                           UNITED STATES MAGISTRATE JUDGE