David W. Scopp (SBN 245363)
Ryan Harris (SBN: 217154)
**HARRIS PERSONAL INJURY LAWYERS, INC.**
215 W. Franklin St., Ste. 202
Monterey, CA 93940
Telephone:   831.717.4137
Facsimile:    831.233.3978

Attorneys for Plaintiff
*Darryl White*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL WHITE<br><br>                Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA and DOES 1 through 20, Inclusive,<br><br>                Defendants. | Case No. 1:19-cv-01582-SKO<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>(Doc. 23)<br><br>Hon. Sheila K. Oberto<br>United States Magistrate Judge<br><br>Trial: September 28, 2021 |

Having considered the parties' "Stipulation to Continue Discovery Deadlines" (Doc. 23), and for good cause shown (*see* Fed. R. Civ. P. 16(b)(4)), the Court hereby MODIFIES the Scheduling Order (Doc. 19) as follows:

Non-Expert Discovery:             January 12, 2021

Expert Disclosures:                   February 2, 2021

Rebuttal Expert Disclosures:    March 12, 2021

Expert Discovery:                     May 18, 2021

Non-Dispositive Motion Filing Deadline:    May 26, 2021[1]

---

[1] The parties do not seek modification of the case schedule other than deadlines pertaining to non-expert and expert discovery. Not modifying the remaining dates, however, would be problematic because the parties' deadlines to conduct expert discovery would occur after the deadlines for filing non-dispositive and dispositive motions. Accordingly, the Court has enlarged these deadlines, as well as the pretrial conference and trial, to allow the parties adequate time to

| | | |
|---|---|---|
| 1 | Non-Dispositive Hearing Deadline: | June 23, 2021 |
| 2 | Dispositive Motion Filing Deadline: | May 26, 2021 |
| 3 | Dispositive Motion Hearing Deadline: | July 7, 2021 |
| 4 | Pre-Trial Conference: | August 18, 2021 at 2:30 p.m. |
| 5 | Trial: | October 19, 2021 at 8:30 a.m. |

IT IS SO ORDERED.

Dated:   **November 6, 2020**                    /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

---

file, and for the Court to rule on, motions, and to permit the parties sufficient time to prepare their pretrial submissions and for trial.

ORDER MODIFYING SCHEDULING ORDER