Ranger J. Wiens (SBN: 259595)
David W. Scopp (SBN 245363)
**HARRIS PERSONAL INJURY LAWYERS, INC.**
215 W. Franklin St., Ste. 202
Monterey, CA 93940
Telephone:    831.717.4137
Facsimile:    831.233.3978
Email:        david@harrispersonalinjury.com

Attorneys for Plaintiff
*Darryl White*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL WHITE<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED STATES OF AMERICA and DOES 1 through 20, Inclusive,<br><br>                    Defendants. | Case No. 1:19-cv-01582-SKO<br><br>**ORDER TO CONTINUE EXPERT DISCOVERY DEADLINES**<br><br>(Doc. 30)<br><br>Hon. Sheila K. Oberto<br>United States Magistrate Judge<br><br>Trial: September 28, 2021 |

     Having considered the parties' "Stipulation to Continue Expert Discovery Deadlines" (Doc. 30), and for good cause shown (*see* Fed. R. Civ. P. 16(b)(4)), the Court hereby MODIFIES the Scheduling Order (Docs. 19 & 25) as follows:

     Expert Disclosures:              March 10, 2021

     Rebuttal Expert Disclosures:   April 12, 2021

All remaining dates and deadlines shall remain as set.

IT IS SO ORDERED.

Dated:   **February 2, 2021**                    /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO CONTINUE EXPERT DISCOVERY DEADLINES