UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL WHITE,<br><br>       Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | No.  1:19-cv-01582-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 34) |

On March 17, 2021, the parties filed a joint stipulation dismissing the action with prejudice.  (Doc. 34.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  __**March 18, 2021**__                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE